COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name: Daryl Barnes and Demeatrice Goff v. National Housing Development Corporation, Colony LLC

Appellate case number: 01-15-00060-CV

Trial court case number: 2012-34954

Trial court: 129th District Court of Harris County

Appellant's request for extension of time to file notice of mediator is **GRANTED**. The parties must notify the Court of the mediator selected by February 26, 2015. The deadline to conduct the mediation remains March 17, 2015.

It is so ORDERED.

Judge's signature: __/s/ Harvey Brown
                    X  Acting individually    ☐ Acting for the Court

Date: February 19, 2015